IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Iris Colon, et al. v. Bayer Corporation, et al.*
No. 3:14-cv-10317-DRH-PMF

## ORDER GRANTING IN PART AND DENYING IN PART MOTION TO VACATE PLAINTIFF FACT SHEET DISMISSAL

Plaintiffs, Christy Giles, Karen Isaak, Tara McQuirter, Rebecca Miller, Kaneeshia Riley, Elizabeth Scott, Robert Sirna on behalf of Charline Sirna, deceased, Diane Sutton, and Jennifer Thompson, filed a motion to vacate the Court's order dismissing their claims without prejudice for failure to comply with Plaintiff Fact Sheet Requirements.  Plaintiff states that they are now in compliance with CMO 12.

Bayer states that it does not oppose the motion to vacate as to plaintiffs Robert Sirna on behalf of Charline Sirna, Christy Giles, Karen Isaak, and Rebecca Miller (although as to each plaintiff Bayer notes certain deficiencies remain it is not opposed to the motion to vacate as to these plaintiffs).

As to plaintiff Tara McQuirter Bayer notes the motion is moot. A stipulation of voluntary dismissal was submitted for this plaintiff on May 29, 2015. Accordingly, the Court agrees the motion as to this plaintiff is moot.

Bayer opposes the motion to vacate as to the remaining plaintiffs Kaneeshia Riley,[1] Elizabeth Scott, Diane Sutton, and Jennifer Thompson.[2] Bayer notes specific deficiencies as to each of these plaintiffs.

Having considered the relevant pleadings the Court **ORDERS** as follows:

The motion to vacate as to the following plaintiffs is **GRANTED**.

- Christy Giles
- Karen Isaak
- Rebecca Miller
- Robert Sirna on behalf of Charline Sirna

    The **Court DIRECTS the Clerk to Reinstate the above plaintiffs**.

The motion to vacate as to the following plaintiffs is **DENIED.**

- Kaneeshia Riley
- Elizabeth Scott
- Diane Sutton
- Jennifer Thompson

---

[1] Bayer notes plaintiff is identified as Kaneeshia Riley in the Motion to Vacate, but she is identified as Kalieesheia, Kaneesheia and Kaneshia in her PFS materials

[2] Bayer notes plaintiff is identified as Jennifer Thompson in the Motion to Vacate, but she is identified as Jeanne Thompson in her PFS.

The motion to vacate as to plaintiff Tara McQuirter is **DENIED** as **MOOT**.

**IT IS SO ORDERED.**

Signed this 22nd day of June, 2015

Digitally signed by
David R. Herndon
Date: 2015.06.22
16:02:19 -05'00'

**United States District Court**